Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| LAM CHEE HONG | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 25-CV-182-JLS |
| v. | |
| PAMELA BONDI, ET AL. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is administratively terminated.

| | |
|---|---|
| Date: February 28, 2025 | MARY C. LOEWENGUTH<br>CLERK OF COURT<br><br>By: Kirstie L. Henry<br>      Deputy Clerk |