UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

LAM CHEE HONG,

        Petitioner,

v.

PAMELA BONDI, Attorney General of
the United States, et al.,

        Respondents.
_____

25-CV-182 (JLS)
ORDER



    *Pro se* Petitioner, Lam Chee Hong, is a civil immigration detainee currently held at the Buffalo Federal Detention Facility. Petitioner claims that he is being detained in United States Immigration and Customs Enforcement custody pending removal proceedings in violation of the United States Constitution. Therefore, Petitioner seeks relief under 28 U.S.C. § 2241. Dkt. 1. Petitioner has paid the $5.00 filing fee and also filed an application to proceed *in forma pauperis*. Dkt. 4.

### ORDER

    IT IS HEREBY ORDERED that Petitioner's request to proceed *in forma pauperis* is denied as moot based on payment of the filing fee; and it is further

    ORDERED that **by April 24, 2025**, Respondents shall file and serve an **answer** responding to the allegations in the Petition; and it is further

    ORDERED that **by April 24, 2025**, Respondents shall file and serve, in addition to the answer, a **memorandum of law** addressing each of the issues

raised in the Petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that **by April 24, 2025,** instead of an answer, Respondents may file a **motion to dismiss** the Petition, accompanied by appropriate exhibits demonstrating that an answer to the Petition is unnecessary; and it is further

ORDERED that Petitioner shall have **25 days** after service of the answer or motion to dismiss to file a **written response**; and it is further

ORDERED that the Clerk of Court shall serve a copy of the Petition, together with a copy of this Order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at <u>USANYW-Immigration-Habeas@usdoj.gov</u>.

**PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR RESPONDENTS.**

SO ORDERED.

Dated:    March 10, 2025
          Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE