Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

LAM CHEE HONG

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 1:25-cv-00182

v.

PAMELA BONDI et al

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition is Dismissed without prejudice.

Date: June 10, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Tatiana
       Deputy Clerk